# IN THE SUPREME COURT OF PENNSYLVANIA

IN THE MATTER OF:

ANNE POPE CATALINE

: No. 2227 Disciplinary Docket No. 3
:
: Board File No. C1-15-859
:
: (Supreme Court of New Jersey,
: D-146, September Term 2014)
:
: Attorney Registration No. 72535
: (Out of State)

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of January, 2016, having failed to reply to this Court's directive to provide reasons against the imposition of a reciprocal suspension, Anne Pope Cataline is suspended from the practice of law in this Commonwealth for a period of two years. She is directed to comply with all the provisions of Pa.R.D.E. 217.

Mr. Justice Eakin did not participate in the decision of this matter.